IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL TILLEY,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>PRISON HEALTH SERVICES, et al.,<br><br>　　　　Defendants. | Case No. 2:07-cv-00543 JKS GGH P<br><br><br>ORDER |

　　　　Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

　　　　On April 9, 2007, the magistrate judge filed findings and recommendations herein which were served on plaintiff and which contained notice to plaintiff that any objections to the findings and recommendations were to be filed within twenty days.  Plaintiff has not filed objections to the findings and recommendations.[1]

　　　　Specifically, the magistrate judge found that Plaintiff had violated Local Rule 83-182(f) by not keeping the Court apprised of Plaintiff's address.  The Court has reviewed the file, and noting that Plaintiff has not updated his address, finds dismissal appropriate.  *See* Local Rules 83-182(f), 83-183(b), and 11-110.

---

　　[1]Although it appears from the file that Plaintiff's copy of the findings and recommendations was returned, Plaintiff was properly served.  *See* Local Rule 83-182(f).

1

Accordingly, **IT IS HEREBY ORDERED** that:

1. The findings and recommendations filed April 9, 2007, are adopted in full;

2. This action is dismissed without prejudice; and

3. The Clerk shall enter judgment accordingly.

Dated this the 20th day of February 2008.

/s/ James K. Singleton, Jr.<br>**JAMES K. SINGLETON, JR.**<br>United States District Judge

ORDER

2